*E-FILED*
October 11, 2005

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROY JACKSON,

      Plaintiff,

  v.

WEST ASSET MANAGEMENT, INC.,

      Defendant.
_____/

No. C 05-02755 RS

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    Due to the unavailability of the court, the Case Management Conference in the above-entitled matter currently set for November 9, 2005 at 2:30 p.m. is continued to **November 16, 2005 at 2:30 p.m.** The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than November 9, 2005. The parties shall file a joint Case Management Conference Statement no later than November 9, 2005.

Dated: October 11, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Ronald Wilcox, Esq.
Email: ronaldwilcox@post.harvard.edu

Benjamin A. Emmert, Esq.
Email: bemmert@eakdl.com

Dated: October 11, 2005

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg